| | | | |
|---|---|---|---|
| State v. Locklear<br><br>Case below:<br>178 N.C. App. 732 | No. 430P06 | AG's Motion for Temporary Stay<br>(COA05-509) | Allowed<br>08/17/06 |
| State v. McAlwain<br><br>Case below:<br>182 N.C. App. 348 | No. 193P07 | Def's PDR Under N.C.G.S. 7A-31<br>(COA06-672) | Denied<br>06/27/07 |
| State v. McGirt<br><br>Case below:<br>182 N.C. App. 348 | No. 390P06-3 | Def's Motion for "Notice of Appeal"<br>(COA06-609) | Dismissed *ex mero motu*<br>06/27/07 |
| State v. Miller<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 255A07 | Def's NOA Based Upon a<br>Constitutional Question (COA06-727) | Dismissed *ex mero motu*<br>06/27/07 |
| State v. Montgomery<br><br>Case below:<br>183 N.C. App. ——<br>(1 May 2007) | No. 245P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA06-956) | Denied<br>06/27/07 |
| State v. Murphy<br><br>Case below:<br>182 N.C. App. 176 | No. 149P07 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA04-344-2) | Denied<br>06/27/07<br><br>**Timmons-Goodson, J., Recused** |
| State v. Nickerson<br><br>Case below:<br>173 N.C. App. 642 | No. 090P07 | Def's PWC to Review the Decision of<br>the COA (COA04-1640) | Dismissed<br>06/27/07 |
| State v. Ortez<br><br>Case below:<br>178 N.C. App. 236 | No. 406P06 | 1. Def's Notice of Appeal Based<br>Upon a Constitutional Question<br>(COA05-711)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br><br>2. Allowed<br>06/27/07<br><br>3. Denied<br>06/27/07 |